## No. 17,763.

CEPHAS CARROLL, ET AL. *v.* THE OXFORD FARMERS DITCH COMPANY.
(299 P. [2d] 116)

Decided July 9, 1956.

Mr. CHARLES E. SABIN, for plaintiffs in error.

VENA POINTER, Messrs. BURRIS & BUMGARDNER, for defendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.